AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Derek Ryan Barnett | ) | Case No.    1:26-mj-70709 MAG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

<table>
<tr><td><strong>FILED</strong></td></tr>
<tr><td>May 20 2026</td></tr>
<tr><td>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO</td></tr>
</table>

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____December 23, 2024____ in the county of ____Humboldt____ in the
____Northern____ District of ____California____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Enticement of a Minor |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____/s/_____
*Complainant's signature*

Approved as to form __/s/_____
          AUSA Galen A. Phillips

Special Agent Kyle Winn, FBI
*Printed name and title*

Sworn to before me by telephone.

Date:     05/20/2026

*Judge's signature*

City and state:          McKinleyville, California

Hon. Robert M. Illman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Kyle Winn, a Special Agent with the Federal Bureau of Investigation do swear and affirm as follows:

**INTRODUCTION**

1. I make this affidavit in support of Criminal Complaint and Arrest Warrant charging Derek Ryan BARNETT, a 37-year-old male, with one count of Attempted Enticement and Coercion of a Minor, in violation of Title 18, United States Code, Section 2422(b).

2. This affidavit is intended to show there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter. The statements in this affidavit are based on records and reports, information provided to me by other law enforcement officials, and my investigation of this matter.

3. Based on my training and experience and the facts discussed in this affidavit, there is probable cause to believe between on or about October 21, 2024, and December 23, 2024, in the Northern District of California, BARNETT attempted to entice and coerce a minor, known herein as "Ana," to engage in, or attempt to engage in, a violation of California Penal Code 288.4 (Meeting Minor for Lewd Purposes), among other illegal conduct, and BARNETT took a substantial step toward committing the act, in violation of 18 U.S.C. § 2422(b).

**AFFIANT BACKGROUND**

4. I have been a Special Agent with the Federal Bureau of Investigation ("FBI"), since July 2022. I am currently assigned to the FBI's San Francisco Field Office, Fortuna Resident Agency, to a squad that investigates violent crimes and other offenses. As part of my daily duties, I investigate violations of federal laws related to the sexual exploitation of children. Prior to my

1

employment with the FBI, I was a Police Officer at Humboldt State University as well as a Deputy

Probation Officer in Humboldt County. In these law enforcement positions, I conducted numbers of

consensual contacts, initiated investigative detentions, and performed multiple searches of persons,

vehicles, and property in accordance with the Fourth Amendment and other constitutional

protections.

5.      Throughout my law enforcement career, I have received training in conducting

criminal investigations, search and seizure laws, and writing probable cause affidavits. In 2018, I

completed a basic police academy in California, and in 2022, I completed a 19-week FBI Basic

Agent Training Academy at the FBI Academy in Quantico, Virgina.  Since becoming a federal law

enforcement officer, I have written probable cause affidavits in support of multiple federal search

warrants and complaints for cases involving the sexual exploitation of children.

6.      I am authorized to make probable cause arrests without a warrant for violations of

the laws of the United States. I am authorized to serve search and arrest warrants issued under the

authority of the United States. Therefore, I am an investigator and law enforcement officer of the

United States within the meaning of 18 U.S.C. § 2510(7) and I am empowered by law to conduct

investigations, to execute search warrants, and to make arrests for offenses of Federal law, including

for child pornography offenses.

**APPLICABLE STATUTE**

7.      Title 18, United States Code, Section 2422(b) prohibits any person from using the

mail or any facility or means of interstate or foreign commerce, or within the special maritime and

territorial jurisdiction of the United States, to knowingly persuade, induce, entice, or coerce any

individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity

for which any person can be charged with a criminal offense, or attempts to do so.

2

## FACTS SUPPORTING PROBABLE CAUSE

**A.     BARNETT Meets "Ana" on Facebook Dating and Learns She is 14.**

8.      In October 2024, an adult resident of the Northern District of California ("PERSON 1") pretended to be a 14-year-old girl named Anastasia with a profile on Facebook Dating ("Ana").

9.      Facebook Dating is an online dating service developed by Meta Platforms and, according to Internet research, has been operating in the United States since 2019.

10.     PERSON 1 has an extensive arrest history, though it appears any convictions PERSON 1 may have had have been set aside and dismissed pursuant to California Penal Code § 1203.4.  It also appears PERSON 1 may have been granted arrest relief for some of his arrests pursuant to California Penal Code § 851.93.  It appears that PERSON 1 was twice charged in 2008 for False Report of a Crime, but those charges were dismissed for lack of evidence.  The last arrest or charge on PERSON 1's criminal record is from 2021.

11.     It is my understanding that PERSON 1 has provided credible and reliable information in child-exploitation investigations similar to this one that has led to convictions, including in the case of *People v. Richard Smith*, a case tried in the Superior Court of California for the County of San Mateo.

12.     The dating profile of "Ana" listed her age as 24 and noted that she was in Redding, California.

13.     On or about October 19, 2024, after having matched with "Ana" on Facebook Dating, BARNETT messaged "Ana."

14.     On or about October 21, 2024, "Ana" responded to BARNETT. She indicated she was "in home school rn," "im not 18 yet," and "im 14."

3

15.     Shortly after, BARNETT and "Ana" exchanged their phone numbers, with

BARNETT providing a number ending in *7957 (the "*7957 Number"), as depicted in the

following screenshot:



**B.      Over Two Months, Barnett and "Ana" Texted, and Barnett Sent "Ana" Lewd Photos
and Videos of Himself.**

16.     From October 21, 2024, through December 23, 2024, using the *7957 Number,

BARNETT messaged "Ana."

17. On October 21, 2024, BARNETT wrote "Ana," "Honestly age is just a number. Back in the olden days, It was normal to date and be with a girl younger than the man."

18. On October 22, 2024, BARNETT asked "Ana" for "a sexyer pic Like bra or underwear or boobs."

19. On October 27, 2024, BARNETT wrote "Ana," "I want to send you more hot and sexy pics and show more of my body But I want you to do the same. It's not Fair if I do and you don't."

20. On November 1, 2024, BARNETT sent "Ana" two photos of his erect penis. In one of those images, BARNETT is holding his penis.

21. On November 2, 2024, BARNETT informed "Ana," "I honestly feel like you're the one."

22. On November 7, 2024, BARNETT asked "Ana," if she wanted to see where he lived. After "Ana" confirmed she wanted to see, BARNETT provided a Google Maps link to an address I know to be affiliated with BARNETT.

23. On November 15, 2024, BARNETT and "Ana" discussed her visiting Arcata, California, in December, when BARNETT and "Ana" could meet in person.

24. On November 26, 2024, BARNETT sent "Ana" a photo of his erect penis.

25. On November 28, 2024, BARNETT messaged "Ana," "U know I can put my dick in your ass too," and "I will Put my finger in your butt."

26. On December 18, 2024, BARNETT wrote "Ana," "I'm gonna put my dick in your mouth. And see if you have a gag reflex."

27. On December 20, 2024, BARNETT and "Ana" discussed her visiting Arcata, California. BARNETT noted he was "down to see you any day."

5

28. On December 21, 2024, BARNETT sent "Ana" a video of himself masturbating his erect penis.

29. On December 23, 2024, BARNETT sent "Ana" another video of himself masturbating his erect penis.

30. Across these messages, BARNETT sent "Ana" multiple selfies, including on October 21, October 22, October 23, October 24, October 26, November 1, November 5, November 9, November 14, November 23, November 25, December 5, December 18, and December 22, 2024, among other dates. These photos that BARNETT sent are all consistent with the appearance of BARNETT in his California driver's license.

**C.    BARNETT and "Ana" Arrange to Meet in Arcata, California.**

31. On December 21, 2024, BARNETT discussed meeting with "Ana" while she was visiting family in Arcata, California. Among other things, on December 21, 2024, BARNETT wrote "Ana" the following:

    a.    "We will be making love a lot . . . If u let me";

    b.    "Bend you over and fuck u right they're in the woods";

    c.    "I can't wait to taste and lick your pussy";

    d.    "I know that virgin pussy tastes good"; and

    e.    "What if I tape your mouth shut? And tape your hands and just have my way with you . . . It would be like me raping you lol"

32. On December 22, 2024, BARNETT and "Ana" had the following exchange:

BARNETT:    If you decide you don't want to have sex we can do other stuff

"Ana":    no im down

BARNETT:    K

BARNETT:    Y do u want me to be your first someone my age jw

| | |
|---|---|
| BARNETT: | Im old enough to be your dad |
| "Ana": | yea if u had a kid wen u wer only 21 tho |
| BARNETT: | I think it's hot |
| BARNETT: | Wish I could find more like u |
| "Ana": | wdym |
| BARNETT: | More young girls |

**D.    BARNETT was Arrested at the Proposed Meeting and Admitted to Being at the Park to Meet an Underage Girl.**

33.    On December 23, 2024, BARNETT and "Ana" agreed to meet up at Spinner Park, in Arcata, California.

34.    At approximately 12:00 p.m. BARNETT arrived at the arranged location and BARNETT was arrested. Law enforcement seized a phone from BARNETT affiliated with the *7957 Number ("CELL PHONE 1").

35.    During a post-*Miranda* interview, BARNETT confessed to knowing that "Ana" was 14 years old. BARNETT admitted to sending a picture of his penis to "Ana." BARNETT also claimed he was not planning on doing anything with "Ana."

36.    On December 23, 2024, the Humboldt County District Attorney's Investigators Office executed a search warrant at BARNETT's residence but nothing of evidentiary value was seized.

37.    PERSON 1 provided to law enforcement their messages with BARNETT while they were acting as "Ana." PERSON 1 also provided law enforcement with the media BARNETT sent to "Ana," including videos and photos.

**E.      BARNETT's Phone Confirms His Efforts to Meet "Ana."**

38.      On June 9, 2025, I swore out a search warrant with the Honorable Thomas S. Hixon, a United States Magistrate Judge of the United States District Court for the Northen District of California. The search warrant was for CELL PHONE 1.

39.      On June 10, 2025, I conducted a Cellebrite Extraction of CELL PHONE 1, utilizing a Cellebrite reader.

40.      On August 12, 2025, I conducted a forensic review utilizing a Cellebrite Reader. The report contained identifying information for the device as well as relevant data including the text messages below. The device only retained text messages between December 21, 2024, two days prior to BARNETT's arrest, and December 23, 2024, the date of his arrest.

41.      Those text messages included the following exchanges:

| | |
|---|---|
| "Ana": | well im xited for u to hav ur way with my butt |
| BARNETT: | Your whole body |
| "Ana": | mhm all of meee |
| BARNETT: | yea |
| BARNETT: | U will tell me to stop and I will just keep going |
| "Ana": | hehe yea cos ur a beeeeest |
| BARNETT: | Daddy is |

*      *      *

| | |
|---|---|
| BARNETT: | I'm so horny right now |
| BARNETT: | I want u to watch me fuck mom then your mom watch me fuck u |
| BARNETT: | itll ba up hill batel aha |
| "Ana": | what u mean |

| | |
|---|---|
| BARNETT: | getin mom on bord with all that |
| BARNETT: | it would be so fucking hot |

*     *     *

| | |
|---|---|
| BARNETT: | You know, by us seeing each other, it's gonna make us like really closer and like each other more |
| "Ana": | agreedsies! |
| BARNETT: | Your going to be all wet when u see me haha |
| "Ana": | ofc I am we ben talkin nother level a couple month :3 |
| BARNETT: | Are you ready to kiss me Makeout |
| Ana: | yes I am |
| BARNETT: | Good |
| BARNETT: | Daddy cant wait |

42.     The day of his arrest, BARNETT and "Ana" exchanged the following messages:

| | |
|---|---|
| BARNETT: | yep |
| Ana: | kk |
| BARNETT: | Better not be a set up |
| Ana: | wdym |
| BARNETT: | Like me going to jail |

## REQUEST FOR SEALING

43.     I request that the court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the court. These documents discuss an ongoing criminal investigation. While BARNETT is aware of the overall investigation, he is unaware of the specifics or that the government is seeking to prosecute and arrest him. Accordingly,

9

there is good cause to seal these documents, as their premature disclosure may alert the target of this investigation or otherwise seriously jeopardize the investigation.

## CONCLUSION

44.     Based on the above facts and information, there is probable cause to believe that between on or about October 21, 2024, and December 23, 2024, in the Northern District of California, BARNETT attempted to entice and coerce a minor, known herein as "Ana," to engage in, or attempt to engage in, a violation of California Penal Code 288.4 (Meeting Minor for Lewd Purposes), among other illegal conduct, and BARNETT took a substantial step toward committing the act, in violation of 18 U.S.C. § 2422(b).

I declare under penalty of perjury that the foregoing is true and correct.


___/s/_____
KYLE WINN
Special Agent
FEDERAL BUREAU OF INVESTIGAION


Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 20th day of May 2026.

_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge

10