United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

DEREK RYAN BARNETT,
Defendant.

Case No. 26-mj-70709-MAG-1 (TSH)

**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE WITHOUT PREJUDICE**

Re: Dkt. No. 20

The Defendant has filed an application to modify his conditions of release. He says that the government and Pretrial have no objection. The application states: "Defendant Derek Barnett seeks modification of his conditions to permit him to be in the presence of his niece and nephew during the holiday season when accompanied by their legal guardians." This suggests that the proposed modification is time-bounded and connected to the upcoming holidays. However, the accompanying proposed order isn't time-bounded at all. This disconnect leaves the Court uncertain what modification is being asked for, and also unsure what the government and Pretrial have no objection to. Accordingly, the Court **DENIES** the request without prejudice to resubmitting a clarified request.

**IT IS SO ORDERED.**

Dated: November 24, 2026

THOMAS S. HIXSON
United States Magistrate Judge